**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TERESA MARTIN and PETE MASON, on behalf of themselves individually and as the Parents and Guardians of PIERRE MASON and PARIS MASON, minors, | ) ) ) ) | |
| | ) | 09-1903 |
| Plaintiffs, | ) ) | Judge Coleman |
| v. | ) ) | Magistrate Cox |
| CITY OF CHICAGO and UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

1.  **Nature of the case**:

**Representing the Plaintiffs**

>   Christopher R. Smith (lead attorney)
>   Amanda Antholt
>   Robert Johnson
>   James Baranyk
>   Smith, Johnson & Antholt LLC
>   112 S. Sangamon Street, 3rd Floor
>   Chicago, Illinois 60607

**Representing the Defendants**

>   Bhairav Radia
>   Thomas Aumann
>   Alec McAusland
>   City of Chicago Law Department
>   30 N. LaSalle Street, Suite 900
>   Chicago, Illinois 60602

**Nature of the Claims**

Plaintiffs Teresa Martin and Pete Mason allege claims on behalf of themselves, and on behalf of their minor children, Pierre and Paris Mason. These claims include excessive force, failure to intervene, and illegal search pursuant to 42 U.S.C. Section 1983, as well as state law battery against Defendants City of Chicago and the Defendant Officers. No counterclaims have been filed by any Defendant.

**Legal and Factual Issues**

Plaintiffs allege that they were struck and otherwise harmed in violation of the U.S. Constitution. Defendants deny Plaintiffs' claims. This case will turn largely on a jury assessment of the parties' credibility. Pretrial rulings will likely include a decision on the admissibility of Plaintiffs' Rule 404(b) witnesses.

**Requested Relief**

Plaintiffs seek compensatory damages in an amount to be determined by a jury; Plaintiffs also seek punitive damages against the individual Defendant Officers in the individual capacities, plus the costs of this action and attorneys' fees.

**General Case Status**

Fact discovery closed on August 30, 2010. The parties have two outstanding deposition of potential 404(b) witnesses. These depositions were stayed by Judge Cox pending the outcome of any related motions *in limine*. Defendants anticipate filing a motion for summary judgment.

2. **Pending Motions:** There are no motions currently pending. General Discovery closed on August 30, 2010.

3. **Remaining Discovery:** See General Case status above.

4. **Trial:** The parties have requested a trial by jury. The parties estimate that the trial will take three to four days.

5. **Magistrate:** The parties do not consent to proceed before the magistrate judge.

6. **Settlement:**   Settlement of this case is not imminent and the parties are not optimistic about resolution short of trial. Plaintiffs, however, are open to a settlement conference.

CERTIFICATE OF SERVICE

       I, James Baranyk, one of Plaintiffs' attorneys, certify that on September 22, 2010, I served this document by electronic means to counsel for all parties.


                      /s/ James Baranyk