**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TERESA MARTIN and PETE MASON, on behalf of themselves individually, and as the parents and guardians of PIERRE MASON and PARIS MASON, minors, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 09-cv-1903 |
| CITY OF CHICAGO, | ) | |
| JAMES OBALDO, Star # 12267, | ) | Judge Sharon Johnson Coleman |
| STEFAN SZUBSKI, Star # 4443, | ) | |
| BELINDA BERNAL, Star # 12254, | ) | Magistrate Judge Susan E. Cox |
| MICHAEL CARROLL, Star # 14575, | ) | |
| GERARDO QUINTERO, Star # 5796, | ) | |
| WILLIAM LANGLE, Star # 15098, | ) | |
| PETER EDWARDS, Star # 5954, | ) | |
| JOSEPH WHITE, Star # 14338, and | ) | |
| UNKNOWN CHICAGO POLICE OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' JOINT
MOTION FOR SUMMARY JUDGMENT**

Defendants Belinda Bernal, Michael Carroll, Peter Edwards, William Langle, James Obaldo, Gerardo Quintero, Stefan Szubski, Joseph White (collectively "Defendant Officers"), and City of Chicago ("City"), pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Local Rule 56.1, now move for summary judgment. In support of this motion, Defendants concurrently submit their Local Rule 56.1(a)(2) memorandum of law (ECF No. 112), their Local Rule 56.1(a)(3) statement of material facts (ECF No. 113), and their supporting appendix of exhibits, and they further state as follows:

1.      Plaintiffs Teresa Martin and Pete Mason, individually and as the parents and guardians of Pierre Mason and Paris Mason, sued Defendants with claims under 42 U.S.C. § 1983 (2006) and state law. Specifically, Plaintiffs asserted five claims: a section

1983 claim under the Fourth Amendment for excessive force (Count I); a section 1983 claim under the Fourth Amendment for failure to intervene (Count II); a section 1983 claim under the Fourth Amendment for illegal search (Count III); a state-law battery claim (Count IV); and an indemnity claim (Count V).

2.      After 21 months of litigation, no genuine issue of material fact exists to prevent this Court from finding Defendants are entitled to judgment as a matter of law. Therefore, summary judgment must be entered on all counts for Defendants.

3.      On Counts I, II, and III, summary judgment must be entered because no evidence satisfies section 1983's personal responsibility requirement.

4.      On Count IV, summary judgment must be entered because no evidence shows Defendant Officers touched the Plaintiffs or their minors to establish a battery claim.

5.      For the City, summary judgment must be entered because no underlying claim exists to establish liability derivatively.

**WHEREFORE**, for the reasons set forth above, the Local Rule 56.1(a)(2) memorandum of law, the Local Rule 56.1(a)(3) statement of material facts, and the supporting appendix of exhibits, Defendants Belinda Bernal, Michael Carroll, Peter Edwards, William Langle, James Obaldo, Gerardo Quintero, Stefan Szubski, Joseph White, and City of Chicago respectfully request this Court enter an order granting their Joint Motion for Summary Judgment and entering judgment in their favor along with any other relief this Court deems just.

Respectfully submitted,


By: /s/  Bhairav Radia
      Bhairav Radia


Bhairav Radia
Assistant Corporation Counsel
City of Chicago, Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois  60602
*t*  (312) 744-5106
*f*  (312) 744-6566
*e*  bhairav.radia@cityofchicago.org