**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TERESA MARTIN and PETE MASON, on behalf of themselves individually and as the Parents and Guardians of PIERRE MASON and PARIS MASON, minors, | ) ) ) ) ) | 09-1903 |
| Plaintiffs, | ) ) ) | Judge Coleman |
| v. | ) ) | Magistrate Cox |
| CITY OF CHICAGO, JAMES OBALDO (Star # 12267), STEFAN SZUBSKI (Star # 4443), BELINDA BERNAL (Star # 12254), MICHAEL CARROLL (Star # 14575), and other as yet UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**AGREED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs by and through their attorneys, respectfully move this Honorable Court for an extension of time to file Plaintiffs' response to Defendants' motion for summary judgment. In support thereof, Plaintiffs state as follows:

1. Defendants filed a motion for summary judgment on December 21, 2010.

2. Pursuant to this Court's Order, Plaintiffs' response to Defendants' motion for summary judgment is due on or before January 17, 2011.

3. At the time of the filing, Plaintiffs' attorney was on vacation; however, Plaintiffs anticipated responding in a timely manner.

4. Plaintiffs ordered the transcripts of four of the Defendant Officers' depositions on an expedited basis from Patti Blair Court Reporters.

5. Plaintiffs were promised transcripts by January 8, 2011. Plaintiffs still have not received the transcripts.

6. Plaintiffs continue to prepare their response generally, but need to cite the additional transcripts in their statement of facts.

7. The instant motion is not made for the purposes of delay. Further, Defendants have agreed to an extension of January 22, 2011 for the response and February 14, 2011 for the reply.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting Plaintiffs' Motion for An Extension of Time to January 22, 2011 for the response and February 14, 2011 for Defendants' reply.

      /s/ Christopher R. Smith
      One of the Attorneys for Plaintiff

Christopher R. Smith
Smith, Johnson & Antholt LLC
112 South Sangamon, 3rd Floor
Chicago, Illinois 60607
312.432.0400

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of this Motion for an Extension of Time was served on counsel for all parties by electronic means January 13, 2011.
   /s/ Christopher R. Smith