**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TERESA MARTIN and PETE MASON, on behalf of themselves individually and as the Parents and Guardians of PIERRE MASON and PARIS MASON, minors, | ) | 09-1903 |
| Plaintiffs, | ) | Judge Coleman |
| v. | ) | Magistrate Cox |
| CITY OF CHICAGO, JAMES OBALDO (Star # 12267), STEFAN SZUBSKI (Star # 4443), BELINDA BERNAL (Star # 12254), MICHAEL CARROLL (Star # 14575), GERARDO QUINTERO (Star # 5796), WILLIAM LANGLE (Star # 15098), PETER EDWARDS (Star # 5954) JOSEPH WHITE (Star # 14338), and other as yet UNKNOWN CHICAGO POLICE OFFICERS, | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

**PLAINTIFFS' LOCAL RULE 56.1(b)(3)(B)**
**STATEMENT OF ADDITIONAL FACTS**

Plaintiffs, TERESA MARTIN and PETE MASON, through their attorneys, Smith, Johnson & Antholt, LLC, and pursuant to Local Rule 56.1(b)(3)(B), submit this statement of additional facts in opposition to Defendants' motion for summary judgment.

1. Pierre Mason and Paris Mason were twin fourteen-year-old brothers at the time of the complained incident. They lived at 7250 S. Morgan. (*Exhibit A, Paris Mason dep. at 7-8*; *Exhibit B, Pierre Mason dep. at 9-10.*)

2. On December 13, 2008, the boys were on their way home when they saw arguing and fighting occurring within a crowd of about twenty people near Morgan Street. (*Exhibit B, Pierre Mason dep. at 32-34.*)

3. Pierre and Paris were not in the group that was fighting. (*Exhibit B, Pierre Mason dep. at 33*.)

4. At 11:52:39, police dispatch reported a battery in progress near 7155 S. Sangamon. (*Exhibit C, Chicago OEMC Documentation, at FCRL001395.*)

5. At 11:54:23, dispatch reported that shots were fired east of 71st Street and May Street. (*Exhibit C, Chicago OEMC Documentation, at FCRL000134.*)

6. Pierre and Paris heard gunfire and began to run. (*Exhibit B, Pierre Mason dep. at 39.*)

7. The twins were wearing matching black and red jackets. (*Exhibit A, Paris Mason dep. at 29.*)

8. The boys ran into an alley on their way home to 7250 S. Morgan Street. (*Exhibit A, Paris Mason dep. at 31.*)

9. When they got home, the twins rang the doorbell. (*Exhibit A, Paris Mason dep. at 33-34.*)

10. At 11:54:41 p.m. responding to a report for a battery and report of shots being fired near Morgan Street, Defendant Officers Carroll and Obaldo (Beat Number 4222d) pursued males who were wearing black jackets with red writing running north of 73rd Street through an alley. Beat 4222d communicated this ongoing chase over the dispatch radio from 11:55:37-11:57:29. (*Exhibit C, Chicago OEMC Documentation at FCRL000134; and see Def. Ex. O, Michael Carroll Ans. to Interrogs. Nos. 13–14 and Def. Ex. P, James Obaldo Ans. to Interrogs. Nos.13–14.*) The pursuit ended at 7250 S. Morgan Street. (*Id.*)

11. Officers charged at Paris and Pierre with their service weapons drawn, while the boys were waiting on their porch. (*Exhibit A, Paris Mason dep. at 34.*)

12. The first officer grabbed Pierre and struck him in the back of his neck. (*Exhibit B Pierre Mason dep. at 48-49.*)

13. This officer was male, Caucasian, had dark hair, and was wearing a Chicago Police uniform. (*Exhibit B, Pierre Mason dep. at 45-46 and 50-51.*)

14. Two more police officers joined the first Defendant on the Mason's porch. *(Exhibit A, Paris Mason dep. at 38-40.*)

15. These Officers then slammed the boys to the ground. (*Exhibit A, Paris Mason dep. at 40.*)

16. While the boys were on the ground additional officers arrived outside the Mason home. (*Exhibit A, Paris Mason dep. at 40-41.*)

17. At 12:00 a.m., Plaintiff Pete Mason, Pierre and Paris' father, opened his front door and witnessed Defendants striking Pierre. (*See Def. Ex. F, Pete Mason dep. at 44-45.*)

18. When Mr. Mason asked the Defendant Officers what was going on, Defendants grabbed him and began to strike him. (*Exhibit A, Paris Mason dep. at 40-41, and 47.*)

19. Defendants struck Pete with their fists and an unknown object. (*Exhibit A, Paris Mason dep. at 52.*)

20. Defendant Officers Obaldo and Carroll cannot deny that they had physical contact with Pierre, Paris and Pete Mason on December 13, 2008. (*See Def. Ex. O, Michael Carroll Ans. to Interrogs. No. 12; Def. Ex. P, James Obaldo Ans. to Interrogs. No. 12.*)

21. Defendant Officers Obaldo and Carroll, beat number 4222D, appear on the dispatch report of the battery in progress and shots being fired at 23:54:23 and cleared at 00:14. (*Exhibit C, Chicago OEMC Documentation at FCRL000134; and see Def. Ex. O, Michael Carroll Ans. To Interrogs. No. 13; Def. Ex. P, James Obaldo Ans. To Interrogs. No.13.*)

22. Paris and Pierre identified Officer Bernal during her deposition. (*See Def. Local Rule 56.1 Statement of Facts at No. 16.*)

23. While the excessive force continued, Defendant Officer Belinda Bernal stood near Paris and watched as the other Defendants beat Pete Mason. (*Exhibit A, Paris Mason dep. at 69 - 71*.)

24. After he was beaten, Pierre was moved to the bottom of the stairs where Defendant Bernal stood watch over him and his brother. (*Exhibit B, Pierre Mason dep. at 95-96.*)

25. Paris remembers Officer Belinda Bernal arriving with a male partner, identified in OEMC records as Stefan Szubski. (*Exhibit A, Paris Mason dep. at 64; Def. Ex. M, Belinda Bernal Ans. to Interrogs. No. 16.)*

26. Defendants Bernal and Szubski do not deny that they were at the location of 7250 S. Morgan at 11:59 p.m. (*See Def. Ex. M, Belinda Bernal Ans. to Interrogs. Nos. 13–14, Def. Ex. N, Defendant Szubski Ans. Interrogs. Nos. 13–14*.)

27. Defendants instead refer to their Unit Queries for their whereabouts and activities on December 13-14, 2008. Event number 0834819135, a battery in progress, in the produced OEMC documents shows that Bernal and Szubski, beat number 4220d, reported having "suspects in custody" at 11:57:40 p.m. on December 13, 2008; and reported their location as at 7250 Morgan at 11:58:57 with Langle and Quintero, beat number 773. (*Exhibit C, Chicago OEMC Documentation at FCRL000134 and FCRL001395; Exhibit D, Unit Query for Unit 4220D, FCRL000123.*)

28. Defendants Bernal and Szubski do not deny that they had suspects (Pete, Paris and Pierre Mason) in custody at 11:57:40 p.m. on December 13, 2008. (*See Def. Ex. M, Belinda Bernal Ans. to Interrogs. Nos. 13–14, Def. Ex. N, Defendant Szubski Ans. Interrogs. Nos. 13–16*.)

29. Beat numbers 4220d (Defendant Officers Bernal and Szubski), 4222d (Defendant Officers Carroll and Obaldo), 4226d (Defendant Officers Edwards and White) and 0733 (Defendant Officers Langle and Quintero) all appear on the dispatch reports concerning event number 0834819155 and 0834819135. (*Exhibit C, Chicago OEMC Documentation at FCRL000134 and FCRL001395.*)

30. The Dispatch Report of events 0834819155 (shots fired) and 0834819135 (battery), describe the same chase and both include the activities ending at Plaintiffs' home with three individuals in custody. (*Exhibit C, Chicago OEMC Documentation at FCRL000134 and FCRL001395.*)

31. Defendant Officers Edwards and White, beat number 4226D, appear on the dispatch the dispatch report of shots being fired at 23:57:48 as having three in custody. (*Exhibit C, Chicago OEMC Documentation at FCRL001395.*)

32. The "3 in custody" at 7240 S. Morgan are Pete, Pierre, and Paris Mason. (*Exhibit B, Pierre Mason dep. at 100*.)

33. Additional cars came to scene, four cars total. (*Exhibit B, Pierre Mason dep. at 72.*)

34. Defendant Officers Langle and Quintero, beat number 0733, first appear on the dispatch report at 23:58:28, and were at 7250 S. Morgan with 4220d (Bernal and Szubski) at 23:58. They cleared 7250 S. Morgan at 00:13:23. (*Exhibit C, Chicago OEMC Documentation at FCRL000134 and FCRL001395; and see Def. Ex. L, Gerardo Quintero, dep. at 15:3–16:1.*)

35. Minutes after the officers were beating Pete, Defendant Officers went into the house and searched the home for a gun. (*Exhibit A, Paris Mason dep. at 40-41, Exhibit B, Pierre Mason dep. at 90-93*.)

36. The Defendant officers ransacked the home. (*Exhibit B, Pierre Mason dep. at 101-*

*102.*)

37. The Defendant Officers all left after they took the handcuffs off Pierre, Paris and Pete Mason. (*Exhibit B, Pierre Mason dep. at 100.*)

38. Paris estimated the length of time the defendants officers searched the Mason home to have been 30 minutes. (*Exhibit A, Paris Mason dep. at 40-41.*)

39. At 12:24 a.m. on December 14, 2008, Plaintiff Teresa Martin called the Chicago Police Department to report the Defendant Officers' unconstitutional behavior toward her children and home. (*Exhibit E, Chicago OEMC Documentation at FCRL000135.*)

40. Pierre and Pete went to the hospital that morning. (*Exhibit B, Pierre Mason dep. at 111.*)

RESPECTFULLY SUBMITTED,

/s/ Christopher R. Smith
One of the Attorneys for Plaintiffs

Amanda Antholt
Christopher Smith
Robert W. Johnson
Smith, Johnson & Antholt LLC
112 S. Sangamon Street, 3rd Floor
Chicago, IL 60607
312.432.0400

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that this Local Rule 56.1 Statement of Additional Facts was served on counsel for all parties by electronic means on January 24, 2011.

/s/ Christopher R. Smith