**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TERESA MARTIN and PETE MASON, on behalf of themselves individually and as the Parents and Guardians of PIERRE MASON and PARIS MASON, minors, | ) ) ) ) | **Case No. 09 C 1903** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | JUDGE COLEMAN |
| CITY OF CHICAGO, JAMES OBALDO (Star #12267), STEFAN SZUBSKI (Star #4443), BELINDA BERNAL (Star #12254), MICHAEL CARROL (Star #14575), GERARDO QUINTERO (Star # 5796), WILLIAM LANGLE, (Star # 15098), PETER EDWARDS (Star # 5954), JOSEPH WHITE (Star # 14338), and other as yet UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) ) ) ) ) ) ) | Magistrate Judge Cox  JURY TRIAL DEMANDED |
| Defendants. | ) | |

**DEFENDANTS' JOINT AGREED MOTION FOR EXTENSION OF TIME
TO REPLY IN SUPPORT OF DEFENDANTS' SUMMARY JUDGMENT MOTION AND
DEFENDANTS' JOINT AGREED MOTION TO RESET THE TRIAL DATE**

1. On October 27, 2010, this Court set a deadline of December 22, 2010 for filing dispositive motions. Docket Number ("D.N.") 103. Responses to any dispositive motions were to be filed by January 17, 2011. Id. Replies in support of any dispositive motions were to be filed by January 21, 2011. Id. This Court set date of March 18, 2011 for hearing or ruling on any dispositive motions. Id.

2. Defendants filed their motion for summary judgment with supporting memorandum on December 21, 2010. D.N. 111-12.

1

3. On January 18, 2011, this Court granted Plaintiffs' motion for an extension of time to file their response to Defendants' summary judgment motion. See D.N. 119. This Court adjusted the dispositive motion briefing schedule so that Plaintiffs would have until January 22, 2011 to respond to Defendants' summary judgment motion. Id. Defendants were given until February 14, 2011 to file their reply brief in support of the summary judgment motion. Id.

4. Plaintiffs filed their response in opposition to Defendants' summary judgment motion on January 24, 2011. See D.N. 124.

5. Defendants seek a brief extension of time to February 17, 2011 to file their reply brief in support of their motion for summary judgment.

6. Defendants have filed this motion due to present constraints on their ability to timely file their reply brief and not to unnecessarily delay the proceedings. Undersigned counsel has a final pre-trial order and responses to motions in limine due on February 14th in another case pending in the Northern District of Illinois. Co-counsel Bhairav Radia is out of town this week on business and will not return to the office until February 14th. Furthermore, undersigned counsel will be out of the office on Friday, February 11th on mandatory furlough. This Court's scheduled ruling date of March 18th should not be significantly effected by granting Defendants' request for an extra four days to file their reply brief.

7. Defendants also seek to reset the May 9, 2011 trial date. Defense counsel has recently been made aware that Defendant Officer Carroll is getting married on May 7, 2011 and cannot be present for the trial as scheduled. Defense counsel was unaware of Officer Carroll's scheduling conflict when the trial was originally set.

8. Defendants request a hearing on a date mutually agreeable to the parties within the next two weeks to reset the trial date. Defendants will use the time to consult their clients on their trial availability to avoid any further conflicts.

9. Undersigned counsel spoke by telephone today with one of Plaintiffs' attorneys, Amanda Antholt. Ms. Antholt said that Plaintiffs have no objection to the motions and, as such, the motions are agreed.

WHEREFORE, Defendants jointly request that this Court grant its motion for an extension of time to February 17, 2011 to file their reply brief in support of their motion for summary judgment, grant its motion to reset the May 9, 2011 trial date and hold a hearing within the next two weeks to schedule a new trial date, and for any other relief this Honorable Court deems proper.

                Respectfully submitted,

                MARA S. GEORGES
                Corporation Counsel
                City of Chicago

           BY: /s/ Thomas J. Aumann
              THOMAS J. AUMANN
              Assistant Corporation Counsel

City of Chicago, Department of Law
Federal Civil Rights Litigation Division
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-7630 (Phone)
(312) 744-6566 (Fax)
Atty. No. 06282455

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **Defendants' Joint Agreed Motion for Extension of Time to Reply in Support of Defendants' Summary Judgment Motion and Defendants' Joint Agreed Motion to Reset the Trial Date** to be served upon Amanda Antholt at amanda@lawsja.com, through the Court's electronic filing system, on this 9th day of February, 2011.

                                            /s/ Thomas J. Aumann
                                            THOMAS J. AUMANN
                                            Assistant Corporation Counsel